IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 1:24-cv-07647 <br><br> Judge: Hon. Jeremy C. Daniel <br><br> Magistrate Judge: Hon. Jeannice W. Appenteng |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

WHEREAS, a judgment was entered in the above action on January 30, 2025 [67], in favor of Plaintiff Shenzhen Jisu Technology Co., Ltd. and against the Defendants Identified in Schedule A for willful patent infringement and unfair competition, including the following Defendant(s):

| # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 41 | Mieko Digital Sky | Walmart | 101299467 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant(s) are hereby acknowledged, and the Clerk of the Court is hereby authorized to make an entry of the full and complete satisfaction on the docket of said judgment.

| | |
|---|---|
| DATE: April 11, 2025 | Respectfully submitted, |
| | /s/ Nicholas S. Lee |
| | Nicholas S. Lee |
| | nslee@dickinson-wright.com |
| | Sameeul Haque |
| | shaque@dickinson-wright.com |
| | Dickinson Wright PLLC |
| | 55 W. Monroe, Suite 1200 |
| | Chicago, IL 60603 |
| | Tel.: 312.572.6914 |
| | |
| | *Counsel for Plaintiff, Shenzhen Jisu Technology Co., Ltd.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this April 11, 2025. Any other counsel of record will be served by electronic and/or first-class mail.

                                                /s/ Nicholas S. Lee
                                                Nicholas S. Lee